1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   ARTHUR GRAJEDA,              )      No. CV 03-7280-PSG(CW)
                                  )
13              Petitioner,       )      ORDER ACCEPTING REPORT AND
                                  )      RECOMMENDATION OF UNITED STATES
14        v.                      )      MAGISTRATE JUDGE
                                  )
15   A. K. SCRIBNER (Warden),     )
                                  )
16              Respondent.       )
     ─────────────────────────────)
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   records on file, and the Report and Recommendation of the United

20   States Magistrate Judge.  The court has engaged in a <u>de</u> <u>novo</u> review of

21   those portions of the Report and Recommendation to which objection has

22   been made.  The court accepts the findings and recommendation of the

23   Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered

24   denying the Petition and dismissing this action with prejudice.

25

26   DATED:    10/11/11

27                                     **PHILIP S. GUTIERREZ**
                                        PHILIP S. GUTIERREZ
28                                      United States District Judge