# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAJEDA, | No. CV 03-7280-PSG(CW) |
|     Petitioner, | JUDGMENT |
|     v. | |
| A. K. SCRIBNER (Warden), | |
|     Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   10/11/11

PHILIP S. GUTIERREZ
United States District Judge